UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-40056 |
| Plaintiff, | |
| vs. | GOVERNMENT'S REQUEST FOR DISCLOSURE |
| BRADLEY WHITSELL, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, the United States hereby requests forthwith the opportunity to inspect and copy or photograph any books, papers, documents, photographs, tangible objects, copies or portions thereof which are within your possession, custody or control and which you intend to introduce as evidence in chief at the trial in the above captioned matter; as well as the results and reports of physical or mental examinations and scientific tests or experiments made in connection with this case or copies thereof which are within your possession or control and which you intend to introduce as evidence in chief at the trial or which were prepared by a witness you intend to call at the trial whose testimony would relate to such results or reports.

Pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, the United States hereby moves for the production of statements of witnesses for the

defense, and further requests that such statements be provided to the United States on the Friday before the trial in this matter is to commence.

Dated and electronically filed this 15th day of June, 2011.

                                      BRENDAN V. JOHNSON
                                      United States Attorney

                                      _/s/ Kevin Koliner _____
                                      KEVIN KOLINER
                                      Assistant United States Attorney
                                      P.O. Box 2638
                                      Sioux Falls, SD 57101-2638
                                      Telephone:  (605)357-2354
                                      E-Mail:  kevin.koliner@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of June, 2011, a true and correct copy of the foregoing was served upon the following person, by placing the same in the service indicated, addressed as follows:

Grant Alvine – via e-filing

                                      _/s/ Kevin Koliner _____
                                      KEVIN KOLINER
                                      Assistant United States Attorney